# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2023-3149

———————————————

HOMEOWNERS CHOICE PROPERTY
& CASUALTY INSURANCE
COMPANY, INC.,

 Petitioner,

v.

TIMOTHY B. LACEY and KAY L.
LACEY,

 Respondents.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.


December 28, 2023


PER CURIAM.

 DISMISSED.

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Patrick M. Chidnese, Tampa, for Petitioner.

No appearance for Respondents.